|  | (COURT USE ONLY) |
|---|---|
| RECEIPT NO. |  |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| Edward Johnson | | |
|---|---|---|
| v. | Cause No. | 2:25-cv-00327-PPS-JEM |
| Indiana Department of Child Services | | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Cordant Health Solutions

Party(s) Represented

Prefix (check one) ☐ Mr.   ☐ Ms.   ☐ Mrs.

| Last Name: | Evans | First Name: | Bryan | Middle Name/Initial | W |
|---|---|---|---|---|---|

Generation (Sr, Jr, etc):

| Firm Name: | McDonald Hopkins LLC |
|---|---|
| Street Address: | 600 Superior Avenue, East |
| Suite/Room No.: | 2100 |
| City: | Cleveland |
| State: | Ohio |
| Zip: | 44114 |
| Office Telephone No.: | 216-348-5873 |
| Fax No.: | 216-348-5474 |
| E-Mail Address: | bevans@mcdonaldhopkins.com |

**EDUCATION:**

| College: | Ohio University | Degree: | BA | Year Completed: | 2009 |
|---|---|---|---|---|---|
| Law School: | Notre Dame Law School | | | Year Graduated: | 2014 |
| Other Post-Graduate Schooling: | John Carroll University | | | | |

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Ohio | 2014 | Active | 0092652 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Northern of Ohio | 2016 | Active |
| Southern District of Ohio | 2023 | Active |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Bryan W. Evans, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 8/6/25

*[signature]*
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____          _____
                                                                                                      Judge, U. S. District Court

Revised 06/05/2013

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Admissions and Compliance of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Services Section of the Supreme Court and that the Office of Attorney Admissions and Compliance is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Bryan William Evans**
Attorney Registration No. **0092652**

was admitted to the practice of law in Ohio on November 17, 2014; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 4th day of August, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Admissions and Compliance*

Kirstyn Moyers
*Attorney Services Manager, Attorney Services Section*

No. 2025-08-04-1
Verify by email at GoodStandingRequests@sc.ohio.gov